COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In re TSG Industries, LLC, Relator

Appellate case number:      01-16-00597-CV

Trial court case number:    2016-17829

Trial court:                269th District Court of Harris County

On July 29, 2016, the relator, TSG Industries, LLC, filed a petition for a writ of mandamus seeking to vacate the respondent trial judge's July 1, 2016 order denying relator's amended motion to set aside arbitration order, which compelled arbitration and stayed the underlying case pending arbitration. Although relator's petition did not refer to any hearings held, it did not contain the required certification. *See* TEX. R. APP. P. 52.7(a)(2). Also, relator's mandamus record fails to include an index and the bookmarks do not contain any titles of the exhibits to assist this Court. *See id.* 9.4(h) ("An electronically filed record in an original proceeding . . . that includes more than one item must contain bookmarks to assist in locating each item.").

Thus, the Court **ORDERS** relator, **within 10 days of the date of this order,** to file a supplemental record containing a certification that no relevant testimony was adduced in connection with the matter complained and an amended record with an index and bookmarks linking each exhibit's title to the index. *See* TEX. R. APP. P. 9.4(h), 52.7(a)(2), (b).

Further, the Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 30 days from the date of this order**. *See id.* 2, 52.4.

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
               ☒  Acting individually

Date:  August 2, 2016